# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| EXPRESS MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> COALITION TECHNOLOGIES LLC, <br><br> Defendant. | Civil Action No. 2:16-cv-01413 <br><br> **JURY TRIAL DEMANDED** |

## **PLAINTIFF'S NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)**

Plaintiff Express Mobile, Inc. hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Coalition Technologies LLC has not yet answered the Complaint nor has Defendant served a motion to dismiss.  Accordingly, Plaintiff voluntarily dismisses Defendant WITHOUT PREJUDICE pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own costs, expenses, and attorneys' fees.

Dated:  December 27, 2016              Respectfully submitted,

*/s/  Robert Kiddie*
Robert Dean Kiddie, Jr
Texas Bar No. 24060092
rkiddie@devlinlawfirm.com
Timothy Devlin
tdevlin@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1306 N. Broom St., 1st Floor
Wilmington, DE 19806
Tel:  302-449-9010
Fax:  302-535-4215
*Attorneys for Plaintiff Express Mobile, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5 on December 27, 2016.

/s/ *Robert Kiddie*
Robert Kiddie